# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0751.  THOMAS JACKSON v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR et al.**

In this direct appeal, Thomas Jackson seeks review of the superior court's order dismissing his petition for judicial review of a decision of the Georgia Department of Labor denying his claim for unemployment benefits.  Under OCGA § 5-6-35 (a) (1), however, appeals from orders of superior courts reviewing decisions of state administrative agencies must be made by application for discretionary review.  See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000).  Because Jackson failed to file an application for discretionary review, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/26/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*